IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRO LAJUAN BELL,

        Petitioner,

v.

JOSIAS SALAZAR,

        Respondent.

No. 3:20-cv-0467-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation [ECF 5] on July 20, 2020, in which he recommends that the Court enter judgment dismissing the Petition for Writ of Habeas Corpus [ECF 1] and decline to issue a certificate of appealability on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderk's Findings and Recommendation [ECF 5]. Accordingly, the Petition for Writ of Habeas Corpus [ECF 1] is dismissed for lack of jurisdiction, and the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED: \_\_\_\_August 21, 2020\_\_\_\_.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER